IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO. 2:13-932 |
| | ) | |
| vs. | ) | 18 U.S.C. § 1344 |
| | ) | 18 U.S.C. § 2 |
| | ) | |
| QUINTEN RASHEEN BELLAMY | ) | INFORMATION |

COUNT ONE
(Bank Fraud)

THE UNITED STATES ATTORNEY CHARGES:

1. At all times relevant to this Information, Branch Banking & Trust (BB&T) was a financial institution, the deposits of which were insured by the Federal Deposit Insurance Corporation ("FDIC").

2. From in or about July 2011, through in or about June 2012, in the District of South Carolina, the defendant, QUINTEN RASHEEN BELLAMY, knowingly and willfully devised and participated in a scheme and artifice to defraud a financial institution, including but not limited to BB&T, and to obtain moneys, funds, credits, assets, securities, and other property owned by and under the custody and control of a financial institution, including but not limited to BB&T, by means of materially false and fraudulent pretenses, representations, and promises.

3. It was a part of the scheme and artifice that the defendant, QUINTEN RASHEEN BELLAMY, did the following:

    a. QUINTEN RASHEEN BELLAMY obtained sheets of counterfeit personal checks that were purportedly drawn on an account in the name of "Travon S. McNeil" at a financial institution, including but not limited to BB&T. The counterfeit checks reflected that

"Travon S. McNeil" lived in Atlanta, Georgia. None of the financial institution accounts on the counterfeit personal checks belonged to QUINTEN RASHEEN BELLAMY or "Travon S. McNeil." Most of the financial institution accounts on the counterfeit personal checks belonged to legitimate account holders.

    b. QUINTEN RASHEEN BELLAMY, in furtherance of the scheme and artifice and in order to facilitate the passing of the counterfeit personal checks, obtained several counterfeit Georgia driver's licenses in the name of "Travon S. McNeil," with each counterfeit Georgia driver's license having a different number.

    c. QUINTEN RASHEEN BELLAMY, in furtherance of the scheme and artifice and in order to facilitate the passing of the counterfeit personal checks, would and did travel to various retail stores in South Carolina and purchased goods from the stores with counterfeit personal checks. Sometimes he would keep the items purchased, and sometimes he would return such items previously purchased to another retail store location in order to get cash back.

    4. On or about March 9, 2012, in the District of South Carolina, the defendant, QUINTEN RASHEEN BELLAMY, knowingly executed and attempted to execute the above-described scheme by presenting and negotiating, and causing to be presented and negotiated, at Target (Store # 1391), located at 2070 Sam Rittenberg Boulevard, Charleston, South Carolina, a counterfeit and forged personal check made payable to Target in the amount of $208.52 (check number 2400), which check was purportedly drawn on a BB&T account of "Travon McNeil," when, in fact, the counterfeit check contained the BB&T account number of K.W.

In violation of Title 18, United States Code, Sections 1344 and 2.

_____
WILLIAM N. NETTLES (DHS)
UNITED STATES ATTORNEY